**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gerardo De La Cruz- Navejas, | ) | No. CV-06-1708-PHX-NVW (LOA) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Warden Hetner, et al., | ) | |
| Respondents. | ) | |

This matter arises on Petitioner's May 7, 2007 pleading which the Court deems to be a motion for clarification of April 30, 2007 Order. (docket # 18)

The Court's file reflects that Petitioner timely filed his Amended Petition seeking habeas corpus relief pursuant to Title 28 U.S.C. § 2254 on February 23, 2007. On May 2, 2007, Respondents filed their Answer, alleging that, among others, Petitioner failed to properly exhaust his *Blakely* claim in state court and it is now procedurally defaulted. (docket # at 6)

Petitioner's pending motion seeks clarification of this Court's April 30, 2007 Order that denied Petitioner additional time to present his arguments to the Court per his Motion to Continue filed April 26, 2007 because "Respondents have not yet filed an answer, therefore, the deadline for Petitioner to file a reply has not started to run." (docket # 15) Thus, Petitioner's Amended Petition was not denied. Respondents, however, have now filed

1  their Answer. The Court will set a deadline that Petitioner may file a Reply to Respondents'
2  Answer or it will be barred.
3  Petitioner is hereby advised that the United States Supreme Court has made
4  clear: federal "judges have no obligation to act as counsel or paralegal to pro se litigants"
5  because requiring trial judges to explain the details of federal procedure or act as the pro se's
6  counsel "would undermine district judges' role as impartial decisionmakers." *Pliler v. Ford*,
7  542 U.S. 225, 124 S.Ct 2441, 2446 (2004).
8  Accordingly,
9  **IT IS ORDERED** that Petitioner's motion for clarification (docket # 18) of
10 April 30, 2007 Order is **GRANTED** to the extent of the contents of this Order.
11 **IT IS FURTHER ORDERED** that Petitioner may file a Reply to
12 Respondents' Answer by **Monday, June 18, 2007** or any untimely Reply may not be
13 considered by this Court.
14 DATED this 17th day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge