IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Gerardo Navejas De La Cruz,   ) | No. CV 06-01708-PHX-NVW (LOA) |
| )  Petitioner,   ) | **ORDER** |
| )  v.   ) | |
| )   ) | |
| Warden Hetner, et al.,   ) | |
| )  Respondents.   ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Anderson (doc. # 21) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 9 (citing 28 U.S.C. § 636(b)). Petitioner has filed objections (doc. # 22) that are difficult to understand fully. Petitioner appears to argue that not all of his grounds are addressed in the R&R. Ground II was dismissed in the screening order (doc. # 9, p. 10) as not raising a federal claim. In addition, it was not raised in Petitioner's state court petition for post-conviction relief, and no contention is made that that default is excused. The remaining Ground I, sentencing allegedly in violation of *Blakely v. Washington*, 524 U.S. 296 (2004), lacks merits for the reasons discussed in the R&R.

The court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and

1 Recommendation to which specific objections are made). The court agrees with the
2 Magistrate Judge's determinations, accepts the recommended decision within the meaning
3 of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. §
4 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,
5 the findings or recommendations made by the magistrate").

6 Insofar as the Magistrate Judge also ruled on any non-dispositive matters, error may
7 not be assigned to any defect in those rulings to the extent that an aggrieved party did not file
8 a timely objection. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of
9 the magistrate judge's order, a party may serve and file objections to the order; a party may
10 not thereafter assign as error a defect in the magistrate judge's order to which objection was
11 not timely made."). The absence of a timely objection precludes later assignment of error
12 in this court or in any higher court of the non-dispositive rulings of a magistrate judge.
13 *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289
14 F.3d 1117, 1120-21 (9th Cir. 2002).

15 IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
16 Judge (doc. # 21) is accepted.

17 IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying
18 petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1).
19 The Clerk shall terminate this action

20 DATED this 29th day of August 2007.

22 .

_____
Neil V. Wake
United States District Judge

- 2 -